UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DONNA MOLINA,

    Plaintiff,

vs.

BANK OF AMERICA, aka RECONSTRUST,

    Defendants.

Case No.: 12- cv 170 YGR

**ORDER DISMISSING CASE FOR FAILURE TO FILE AMENDED COMPLAINT**

On May 5, 2012, this Court issued an order granting the Motion of Defendant Bank of America, N.A. with leave to amend. (Dkt. No. 14.) The Order gave Plaintiff Donna Molina 21 days from the date of the order to file an amended complaint setting forth a valid legal claim. The Order stated that "[i]f plaintiff fails to amend, the case will be dismissed under Rule 41(b) for failure to prosecute. *Toyota Landscape Co., Inc. v. Building Material & Dump Truck Drivers Local 420* 726 F2d 525, 528 (9th Cir. 1984)." (Dkt. No. 14 at 5:20-22.)

Plaintiff has not filed an amended complaint or any other document at this time, which is well past the 21 days granted. Therefore, and pursuant to Federal Rule of Civil Procedure 41(b), this action is DISMISSED.

**IT IS SO ORDERED.**

April 18, 2012

                                                 _____
                                                 **YVONNE GONZALEZ ROGERS**
                                                 **UNITED STATES DISTRICT COURT JUDGE**